IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER, HUMBOLDT BAYKEEPER, ECOLOGICAL RIGHTS FOUNDATION, and COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>             Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>             Defendants.<br>_____ / | No. C 06-05159 WHA<br><br>Related to:<br>No. C 07-00887 WHA<br><br><br>**ORDER RE JOINT STIPULATION** |

The Court has received plaintiffs' and defendants' joint stipulation, as well as the opposition filed by Western States Petroleum Association and California Association of Sanitation Agencies, plaintiffs in the related case. On April 11, 2007, Baykeeper and the EPA filed a stipulation reporting on their progress toward settlement and stating that they felt an additional 30-day stay would be appropriate to finalize settlement. They did not explicitly request a stay. Plaintiffs in the related case oppose any stay of this action in large part because on March 26, 2007, Baykeeper and the EPA entered into an agreement to keep their settlement discussions before a court-appointed mediator confidential. Plaintiffs in the related case have not been involved in those settlement discussions.

The Court is willing grant a 30-day stay of this action if and only if Baykeeper and the EPA agree to allow Western States Petroleum Association and the California Association of Sanitation Agencies to participate in the ongoing settlement discussions. If Baykeeper and the EPA will not so agree, then this action will proceed as scheduled. Baykeeper and the EPA should file a statement regarding their decision no later than **APRIL 19, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: April 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2