IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN STATES PETROLEUM ASSOCIATION,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, STEPHEN L. JOHNSON, as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, as Regional Administrator of the United States Environmental Protection Agency, Region 9,<br><br>      Defendants.<br>_____/ | No. C 07-00887 WHA<br><br><br>**ORDER DENYING JOINT STIPULATED REQUEST TO STAY THE CASE** |

Good cause not shown, parties' stipulated request to stay the case until November 13, 2007 is **DENIED**. Plaintiff's motion for leave to take discovery will stay on calendar.

**IT IS SO ORDERED.**

Dated: July 13, 2007.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE